IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SANDRA BERNARD,                :

        Plaintiff(s),            :

                                          Case No. 3:20-CV-282
                            :
   - vs -                             District Judge Thomas M. Rose

                            :

WALMART INC., et al.,

        Defendant(s).          :

ORDER OF REFERENCE

    Pursuant to 28 U.S.C. §636(b)(1)(A) and §636(b)(3), the above-captioned action is hereby referred to United States Magistrate Judge Peter B. Silvain, Jr., ADR Coordinator, for the purpose of overseeing the mediation process.  Mediation is requested to be scheduled for August 2023.

Dated: April 28, 2023                              *s/Thomas M. Rose*

                                                        Thomas M. Rose, Judge
                                                        United States District Court