# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SANDRA LEE BERNARD, | : | Case No. 3:20-cv-282 |
| Plaintiff, | : | |
| vs. | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| WAL-MART INC., *et al.*, | : | (mediation referral) |
| Defendants. | : | |

## ORDER OF REFERENCE

The above-captioned action is hereby referred to United States Magistrate Judge Sharon L. Ovington solely for the purpose of conducting a mediation. The appointed Mediator shall have full authority to conduct the mediation and shall report to District Judge Thomas M. Rose whether or not the mediation resulted in settlement of this case. Mediation is requested to be scheduled for August 2023.

**IT IS SO ORDERED.**

May 2, 2023

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge
ADR Coordinator